UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JACI L. KITCH | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 3:13-0482 |
| | ) | |
| | ) | JUDGE NIXON |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION and U.S. BANCORP INVESTMENTS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/30/15.

    KEITH THROCKMORTON, CLERK
    s/Althea F. Straughter, Deputy Clerk